Manuel M. Soares
HABEAS CORPUS PETITIONER'S NAME
F-39579
PRISON NUMBER

Solano State Prison
PLACE OF CONFINEMENT

P.O. Box 4000, Vacaville, CA. 95696
ADDRESS

**FILED**
JUL 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

2254 ✓  1983
FILING FEE PAID
Yes ___  No ✓
IFP MOTION FILED
Yes ✓  No ___
COPIES SENT TO
Court ✓  Pro Se ___

# United States District Court
## Southern District Of California

MANUEL M. SOARES
_____,
Petitioner

v.

D. K. SISTO, Warden
_____,
Respondent

Civil No. **'08 CV 1288 JAH NLS**
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Manuel M. Soares, declare that I am the Petitioner in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration ___Solano State Prison___
   Are you employed at the institution?   ☐ Yes ☒ No
   Do you receive any payment from the institution?   ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 11/96)

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __September of 2005__
   Self-employed, $200 to $400 weekly

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends    ☐ Yes ☒ No
   c. Pensions, annuities or life insurance             ☐ Yes ☒ No
   d. Disability or workers compensation                ☐ Yes ☒ No
   e. Social Security, disability or other welfare      ☐ Yes ☒ No
   e. Gifts or inheritances                             ☐ Yes ☒ No
   f. Spousal or child support                          ☐ Yes ☒ No
   g. Any other sources                                 ☐ Yes ☒ No
   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. _____

4. Do you have any checking account(s)?  ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?  ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

6. Do you own an automobile or other motor vehicle?  ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed? _____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value._____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. N/A

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): Student loan - $6,000 with intrest accumulating

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): None

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses. I am currently incarcerated and do not have any day-to-day expenses

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/13/08
DATE

[signature]
SIGNATURE OF APPLICANT

CIV-67 (Rev. 11/96)

-3-

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
### (Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant _Manuel M. Soares_,
(NAME OF INMATE)

_F-39579_,
(INMATE'S CDC NUMBER)

has the sum of $ _0.00_ on account to his/her credit at

_California State Prison - Solano_.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _0.00_ to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ _0.00_,

and the *average monthly deposits* to the applicant's account was $ _0.00_

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

_6/25/08_
DATE

_Barbara Patton_
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

_Barbara Patton_
OFFICER'S FULL NAME (PRINTED)

_Senior Account Clerk_
OFFICER'S TITLE/RANK

-4-

CIV-67 (Rev. 11/96)

```
REPORT ID: TS3030 .701                                          REPORT DATE: 06/25/08
                                                                PAGE NO:            1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                            CALIFORNIA STATE PRISON SOLANO
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: FEB. 02, 2008 THRU JUN. 25, 2008

ACCOUNT NUMBER : F39579                          BED/CELL NUMBER: S101T200000204U
ACCOUNT NAME   : SOARES, MANUEL MARTINEZ         ACCOUNT TYPE: I
PRIVILEGE GROUP: B

                              TRUST ACCOUNT ACTIVITY

                 << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              CURRENT HOLDS IN EFFECT

   DATE      HOLD
  PLACED     CODE     DESCRIPTION            COMMENT             HOLD AMOUNT
  ------     ----     -----------            -------             -----------
 05/27/2008  H118     LEGAL COPIES HOLD      4346-L/CPY                 4.10
 05/27/2008  H118     LEGAL COPIES HOLD      4346-L/CPY                 1.30
 06/18/2008  H118     LEGAL COPIES HOLD      4730-L/CPY                 0.20
 06/20/2008  H118     LEGAL COPIES HOLD      4769-L/CPY                 4.60

                              TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL         TOTAL         CURRENT      HOLDS      TRANSACTIONS
   BALANCE     DEPOSITS     WITHDRAWALS      BALANCE     BALANCE     TO BE POSTED
  ---------    --------     -----------      -------     -------     ------------
     0.00         0.00          0.00           0.00        10.20          0.00

                                                           CURRENT AVAILABLE
                                                                BALANCE
                                                           -----------------
                                                                  10.20-
```

ATTEST:  CALIFORNIA DEPARTMENT OF CORRECTIONS
         COPY OF THE TRUST ACCOUNT MAINTAINED
         BY THIS OFFICE.

BY _Barbara Patny_
   TRUST OFFICE